REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-22-00466-PHX-SMB (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:    18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1-16 |
| Leslie Johnson V, | |
| Defendant. | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1 - 16</u>

On or about the dates listed below, in the District of Arizona, Defendant LESLIE JOHNSON V knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant LESLIE JOHNSON V did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant LESLIE JOHNSON V resided at an address in Maricopa,

Arizona, whereas in truth and fact, Defendant LESLIE JOHNSON V knew that he resided at a different address:

| Count | Date | Location |
|---|---|---|
| 1 | March 15, 2021 | Strapt Armory |
| 2 | April 9, 2021 | Mo Money Pawn |
| 3 | April 12, 2021 | Strapt Armory |
| 4 | April 14, 2021 | Strapt Armory |
| 5 | April 26, 2021 | Strapt Armory |
| 6 | April 28, 2021 | Strapt Armory |
| 7 | April 28, 2021 | Tombstone Tactical |
| 8 | May 12, 2021 | Mo Money Pawn |
| 9 | May 15, 2021 | Tombstone Tactical |
| 10 | May 19, 2021 | Tombstone Tactical |
| 11 | May 19, 2021 | Mo Money Pawn |
| 12 | June 7, 2021 | Tombstone Tactical |
| 13 | June 9, 2021 | Mo Money Pawn |
| 14 | June 25, 2021 | Mo Money Pawn |
| 15 | July 22, 2021 | Tombstone Tactical |
| 16 | July 23, 2021 | Tombstone Tactical |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 16 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 16 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and

- 2 -

interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable.

If any forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_____
FOREPERSON OF THE GRAND JURY
Date: May 10, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/_____
ADDISON SANTOME
Assistant U.S. Attorney

- 3 -